# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| INTEGRITY LIFE INSURANCE COMPANY, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:14-cv-00248-MR-DLH |
| vs. | ) ) | |
| KRISTY KOMARA, et al, | ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2015 Order.

April 8, 2015

_____
Frank G. Johns, Clerk
United States District Court